IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:17-cr-002-05** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSHUA GUITY-NUNEZ.** | : | **Judge Sylvia H. Rambo** |
| | : | |

## O R D E R

**AND NOW**, this 30th day of April 2024, upon consideration of Defendant's motion to vacate, set aside, or correct his conviction under 28 U.S.C. § 2255 (Doc. 385), and in accordance with the accompaying memorandum, it is hereby ordered that Defendant's motion is **DISMISSED WITHOUT PREJUDICE** to his right to refile an amended §2255 motion within **30 DAYS** of receipt of this order.

   **IT IS SO ORDERED.**

                                          */s/Sylvia H. Rambo*
                                          SYLVIA H. RAMBO
                                          United States District Judge